UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CAMBI ESPINOSA,                                                    :
:
Plaintiff,                          :
:                      25-cv-6273 (LJL)
-v-                                         :
:                          ORDER
MIRAGE 2000 LTD., et al.,                                         :
:
Defendants.                         :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the post-discovery status conference on May 7, 2026. The Court sets the following schedule for trial:

The joint pre-trial order, requests to charge, proposed voir dire, and motions in limine are due by June 5, 2026. Any oppositions to motions in limine and responses to requests to charge and proposed voir dire are due June 12, 2026.

A final pre-trial conference is scheduled for June 15, 2026 at 2:00 p.m. and will take place in Courtroom 15C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The jury trial will begin on June 29, 2026 at 9:30 a.m. and will also take place in Courtroom 15C of the Pearl Street Courthouse.

SO ORDERED.

Dated: May 8, 2026
New York, New York                    _____
LEWIS J. LIMAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/08/2026