UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

CAMBI ESPINOSA,

                      Plaintiff,

      -v-

MIRAGE 2000 LTD., et al.,

                    Defendants.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2026

25-cv-6273 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The final pretrial conference in this matter is continued to June 17, 2026, at 4:00 p.m. in Courtroom 15C, United States Courthouse, 500 Pearl Street.  In light of Defendants' failure to participate in the proposed pretrial order and failure to attend the pretrial conference today, Defendants shall show cause by no later than June 16, 2026, why the Court should not enter default judgment against them for failure to defend or, in the alternative, be precluded from offering testimony or exhibits in their defense.

      SO ORDERED.

Dated: June 15, 2026
      New York, New York
                               LEWIS J. LIMAN
                        United States District Judge